FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0431

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

HEATHER ARLETA CALLANTINE,

     Defendant and Appellant.

_____

ORDER

_____

Upon consideration of Appellant's MOTION FOR EXTENSION of time, no objections from the State, and good cause having been shown,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until, and including, January 15, 2022 within which to prepare, file, and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2021